# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                            Chapter 11 Case:
                                                   Case Number BKY 10-60783-DDO

Chad Eichten,

        Debtor

## ORDER FOR RELIEF FROM STAY

This case is before the court on the motion of The JPMorgan Chase Bank, National Association, seeking relief from the automatic stay. Based on the motion and the file:

## IT IS HEREBY ORDERED,

That the automatic stay provided by 11 USC Sec. 362(a), is hereby terminated, with respect to JPMorgan Chase Bank, National Association, and its successors and/or assigns to permit JPMorgan Chase Bank, National Association as Trustee, and its successors and/or assigns to foreclose that mortgage dated January 30, 2006, between Chad Eichten, a single man, mortgagor(s) and Washington Mutual Bank, FA, mortgagee, in the original principal amount of $208,000.00, which was filed in the office of the Registrar of Titles, on March 27, 2006, as Document Number T175425, regarding certain land located in Scott County, Minnesota, in accordance with state law, described as follows:

        Lot 23, Block 4, Dean Lakes First Addition

        **NOTIWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a)(3), this order is effective immediately.

Dated:December 14, 2010

                                                           /e/ Dennis D. O'Brien
                                                            United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/14/2010*
Lori Vosejpka, Clerk, by SKM